UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANNY O. BOWERS, a married person, | ) ) ) |
| Plaintiff, | ) NO. ) |
| VS. | ) COMPLAINT FOR PERSONAL INJURIES ) |
| UNITED STATES POSTAL SERVICE, a governmental entity, | ) ) ) |
| Defendant. | ) ) ) |

COMES NOW the plaintiff, Danny O. Bowers, by and through his attorneys of record, Abeyta Nelson P.C., and alleges:

**PLAINTIFF**

1.

Plaintiff Danny O. Bowers is a married person. At all relevant times hereto, Danny O. Bowers lived in Selah, Yakima County, Washington.

**JURISDICTION AND VENUE**

2.

The appropriate venue for this case under 28 U.S.C. §1402 is in the Eastern District of the Federal District Court of the State of Washington.

**DEFENDANT**

3.

This action is brought against the United States Postal Service under 28 U.S.C. §2674.

**COMPLAINT FOR PERSONAL INJURIES - 1**

## NEGLIGENCE

4.

On February 13, 2019, plaintiff Danny O. Bowers was injured in fall on the sidewalk in front of the United States Post Office located at 114 E. Naches Avenue, Selah, Yakima County, Washington. This fall occurred as a result of the negligence of defendant.

## DAMAGES

5.

As a proximate result of the negligence of defendant, plaintiff suffered severe personal injuries in such amount as shall be proven at the time of trial.

## PROCEDURE

6.

Plaintiff presented a Claim for Damage, Injury or Death pursuant to 28 U.S.C. §2675 on October 19, 2020. More than six months have elapsed since plaintiff's Claim for Damage, Injury or Death was filed and defendant has failed to make a final disposition of the client's claim, defendant's failure to act is deemed a final denial of the claim.

**WHEREFORE,** plaintiffs pray for judgment against the defendant in an amount to be proven at the time of trial, for plaintiffs' attorney's fee and costs, and for such other and further relief as the court may deem just and equitable.

DATED: April 20, 2021.

**ABEYTA NELSON P.C.**
Attorneys for Plaintiffs

By: _____
Rodney K. Nelson
WSBA 9587

COMPLAINT FOR PERSONAL INJURIES - 2