FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANNY O. BOWERS, a married person,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE, a governmental entity, and HARLAN D. DOUGLASS and MAXINE H. DOUGLASS, husband and wife,<br><br>　　　　　Defendants. | No. 1:21-CV-03058-MKD<br><br>ORDER DISMISSING CASE<br><br>**ECF No. 29** |

Before the Court is the parties' Stipulated Motion For Order of Dismissal, ECF No. 29. The parties jointly move this Court for an order dismissing this action with prejudice, with each party bearing its own costs and fees. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Court grants the parties' stipulated motion and dismisses the action with prejudice.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal, **ECF No. 29**, is **GRANTED.**

2. This action shall be **DISMISSED with prejudice,** with all parties to bear their own costs and attorney fees.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

5. The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED December 12, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2